```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA       :

V.                             :    CASE NO. 3:13CR226(RNC)

DANIEL E. CARPENTER &          :
WAYNE BURSEY                   :
```

ORDER

    Defendants have moved to postpone jury selection [ECF Nos. 33, 40, 45].  The motions are granted subject to the filing of a properly executed waiver of the defendants' rights under the Speedy Trial Act ("the Act"), 18 U.S.C. §§ 3161, et seq., which specifically waives the period of delay from March 11, 2014 until March 10, 2015.

    The Act generally requires that the trial of a defendant commence within seventy days after the filing of the indictment or the date the defendant first appears in court, whichever is later.  18 U.S.C. § 3161(c)(1).  A continuance may be granted if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Relevant factors include whether failure to grant the continuance would deny counsel reasonable time necessary for effective preparation.

In support of the defendants' motions for a continuance, defendants explain that discovery is voluminous, encompassing hundreds of thousands of documents, and that time will be needed to review discovery and prepare pre-trial motions.  Crediting these representations, I find that the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a speedy trial in that failure to grant the continuance would deny counsel reasonable time necessary for effective preparation taking account of the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the defendants' requests are hereby granted. The period March 11, 2014 through March 10, 2015 will be excluded under the Act subject to the filing of a waiver of the defendant's rights as more fully described above.

Jury selection is hereby rescheduled to March 10, 2015 at 9:00 a.m.

So ordered this 6th day of March, 2014.

/s/RNC
Robert N. Chatigny
United States District Judge